UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LYCA TEL, LLC, )<br>)<br>Defendant. )<br>) | Case No. 16-02803 (JMV) (MF)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, the United States of America, and Defendant Lyca Tel, LLC, through their attorneys, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above entitled and numbered action be dismissed in its entirety, with prejudice, each party to bear its own costs.

This stipulation may be executed in counterparts, all of which will constitute one and the same document.

Dated: October 18, 2017

WILLIAM E. FITZPTARICK
Acting United States Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
*Attorney for Plaintiff*

By: _s/ Christopher D. Amore_
    CHRISTOPHER D. AMORE
    Assistant United States Attorney

ROBINSON MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
*Attorneys for Defendant*

By: _s/ Justin T. Quinn_
    JUSTIN T. QUINN, ESQ.

So Ordered:

_____
Judge John Michael Vazquez, U.S.D.J.    **Date**